KAREN L. LOEFFLER
United States Attorney

KEVIN FELDIS
Assistant U.S. Attorney
Federal Building and U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: kevin.feldis@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. |
|---|---|
| Plaintiff, | ) COUNT 1: |
| vs. | ) EMBEZZLEMENT OF LABOR |
| | ) UNION ASSETS |
| THOMAS RENKES, | )   Vio. 29 U.S.C. § 501(c) |
| Defendant. | ) |

I N F O R M A T I O N

The United States Attorney charges that:

## COUNT 1

At all times relevant to this Information:

1. Alaska Nurses Association ("AaNA") was a labor union organization as defined in Sections 3(I) and (j) of the Labor-Management Reporting and Disclosure Act of 1959 ("LMRDA"), 29 U.S.C. § 401, *et seq.,* and was engaged in an industry affecting interstate commerce.

2. Between October 2007, and August 2008, THOMAS RENKES was an officer and an employee of AaNA, namely, the Executive Director of that organization.

////

////

////

////

////

////

////

////

////

////

U.S. v. Thomas Renkes 2

3.	While acting as Executive Director of AaNA, between October 2007, and August 2008, THOMAS RENKES willfully, and with fraudulent intent, embezzled, stole, and unlawfully converted to his personal use moneys, funds, and assets of AaNA.

All of which is in violation of Title 29, United States Code, Section 501(c).

Dated this <u>26th</u> day of April 2010, at Anchorage, Alaska.

        KAREN L. LOEFFLER
        United States Attorney

        <u>s/ Kevin Feldis</u>
        KEVIN FELDIS
        Assistant U.S. Attorney
        Federal Building and U.S. Courthouse
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-5071
        Fax: (907) 271-1500
        E-mail: kevin.feldis@usdoj.gov